# EXHIBIT E

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

July 30, 2025

**THIS ACCOUNT IS NOW CLOSED**

6852300000000080 1011 001
Nikhil Navkal
[redacted] NY [redacted]

Re: Account ending in 7597
Creditor: Capital One, N.A.

Dear Nikhil Navkal,

We're writing to let you know that this Capital One credit card account has been permanently closed for the following reason:

> Capital One has observed activity on one or more of your Capital One accounts that is inconsistent with typical customer account usage.

**Here's what you need to know:**

- You are still responsible for any remaining balance, and you'll continue receiving billing statements until the account is paid in full.
- For your security, we recommend shredding or destroying all cards associated with this account.
- If you use this account to pay recurring charges, like a phone bill or subscription service, be sure to update your payment information.
- For information about rewards redemption eligibility, please see the customer agreement and rewards terms you received when your account was opened.

Sincerely,

Capital One
Customer Care Team

© 2025 Capital One. Capital One is a federally registered service mark.

FM427547