# EXHIBIT C

# CAPITAL ONE ® CREDIT CARD REWARD PROGRAM TERMS & CONDITIONS

## Your Rewards Program Terms & Conditions

- This program is sponsored by Capital One® ("we", "us", "our").
- Participation is restricted to active U.S. Accountholders only.
- This program or any portion of this program is void where prohibited by federal, state, or local law.
- Rewards will be earned and calculated as specified in your Rewards Program FAQs found by logging in at capitalone.com.
- Rewards will be rounded to the nearest whole increment.
- Transactions that qualify for rewards are determined at our sole discretion; we reserve the right to verify and adjust the rewards balance at any time.
- Rewards will be earned or deducted when the purchase or return transaction posts to your credit card account. Rewards are not earned for pending transactions. Please log in to capitalone.com for your most up-to-date rewards balance.
- Rewards are earned on net purchases (purchases minus any credits or returns). Cash advances, balance transfers, fees, interest charges, and checks used to access your account are not considered purchases and will not earn rewards.
- Earned rewards are usually visible online within 10 days, but may take up to 2 statement cycles to post to your account.
- Rewards are earned after we enroll your account in this program; no rewards will be provided retroactively.
- Rewards cannot be used to meet minimum payment obligations to Capital One or its affiliates. Account credits lower your account balance but do not count toward your minimum monthly payment obligation.
- Determination and payment of tax liability related to rewards are the sole responsibility of the Accountholder. To the extent required by law, certain rewards transactions may be included in year-end tax reporting.
- All redemptions are final.
- Rewards redeemed for merchandise or other products and services do not earn rewards.
- Accounts that are not in good standing (e.g., suspended, restricted, delinquent, or otherwise in default) or closed may have different redemption options or may lose any unredeemed rewards.
- We reserve the right to disqualify any Accountholder from participation in this rewards program in the event of fraud, abuse of program privileges, or violation of the Terms as determined by the sole judgment of Capital One. Such disqualification may result in the forfeiture of any accumulated rewards or account closure.
- In the event of account closure, we may apply your rewards balance to any credit balance owed. If this results in a positive balance on your account, a refund check will be mailed to you.
- We reserve the right at any time in our sole discretion to: (1) to alter, change, or terminate this rewards program and (2) change redemption values.
- We reserve the right to delay or not enforce any of our rights under this rewards program without waiving or losing our right to enforce them later.
- In the event we learn of the Primary Accountholder's death, and there is no Secondary Accountholder, we will apply any remaining rewards balance to any credit balance owed at the account's standard cash redemption rate.
- Accountholders have no property right in unredeemed rewards. Unredeemed rewards shall not in any circumstances be considered to have been abandoned or otherwise reportable or escheatable within the meaning of the unclaimed property laws of any U.S. or foreign state or territory.

## Your Redemption Terms & Conditions

### Cash Redemptions

- Account credits lower the account balance but do not count toward your minimum monthly payment obligation. Your minimum monthly payment will still be required.
- Account credits usually post within 2 to 3 business days, but may take up to 60 days after redemption.
- Checks will be made out to either the Primary or Secondary Accountholder only. For small business Accounts, checks may be made out to either the Business Signer or the Business. Checks should arrive by mail within 2 to 3 weeks.
- Capital One is not responsible for the disposition of rewards checks by an Accountholder.

### Cover Your Previous Purchases

- Redemptions can be made for account credits toward prior purchases on this Rewards card account within 90 days from the date the purchase posts to the account.
- Account credits usually post within 2 to 3 business days, but may take up to 60 days after redemption.

### Entertainment Redemptions

- Capital One rewards may be redeemed for tickets to events made available through Capital One Entertainment (entertainment.capitalone.com). Rewards will be deducted from your rewards balance at the time the order is placed.
- Capital One is not responsible for, and does not represent any events or event organizers.
- Actual events may vary from pictures and descriptions on Capital One Entertainment.
- Availability and pricing of tickets may vary and are subject to change at any time.
- The number of tickets available per customer may be limited.
- If your event includes taxes, surcharges, and fees, these expenses will be included in the overall calculation to determine the amount of rewards that are required for redemption.
- Event tickets are subject to the applicable rules, restrictions, and regulations of the event.
- Neither Capital One nor its affiliates shall be liable for any bodily harm and/or property damage which may result from your participation at an event. Capital One does not guarantee the availability of any event, or seats / ticket type at any such event. Capital One does not endorse, guarantee, or warrant the goods and services offered by any event provider.
- Determination of rewards redemption eligibility is made per event and at the sole discretion of Capital One Entertainment.
- All sales, and when applicable, rewards redemptions are final; there are no cancellations, returns, or exchanges.
- Rewards are considered fully redeemed once your order has been confirmed by Capital One Entertainment.
- Capital One is not responsible for lost, stolen, damaged, destroyed or otherwise inaccessible tickets and rewards will not be reimbursed for your event if you cannot locate or access your tickets once they are delivered to you.
- Any previously-disclosed terms associated with this rewards program also apply. Additional retailer(s) service terms may apply.

### Travel Redemptions

- Redemption costs for some travel purchases, such as airline tickets, are based on the per-passenger price.
- If your travel transaction includes taxes, surcharges, and fees, these expenses will be included in the overall calculation to determine how many rewards are required for redemption.
- Travel arrangements are subject to the applicable rules, restrictions, and regulations of the travel provider, including but not limited to cancellation policies and fees.
- Neither Capital One nor its affiliates shall be liable for any bodily harm and/or property damage which may result from your participation in the Capital One program or for the performance by the travel providers (airline, hotel, car rental, etc.). Capital One does not guarantee the availability of any flight on any airline or seats on any such flight.
- Capital One does not endorse, guarantee, or warrant the goods and services offered by any travel provider.
- Airline tickets/travel bookings may be requested in any designated individual’s name, but must be redeemed by the Accountholder.
- Rewards are considered fully redeemed when an airline ticket, voucher, or check is issued.
- Rewards will not be reimbursed in the event that airline tickets or travel documents are lost, stolen, or otherwise destroyed.
- Separately itemized travel transactions on your statement cannot be combined for a single redemption. Please note that Capital One has no control over how merchants itemize and charge related transactions.

### New Travel Reservations

- You can redeem your rewards for travel purchases online by logging into your rewards account at capitalone.com or by calling the number on the back of your card at least 72 hours in advance of your travel date.

- Choice of travel provider and travel dates are at the Accountholder's discretion, subject to availability. Reservations exclude the use of charters, wholesalers, or consolidators.
- Most major travel providers are available for reservations through Capital One Business Travel (businesstravel.capitalone.com). If your preferred travel provider is not available through Capital One Business Travel, you can make travel purchases directly using this Rewards card account and redeem your rewards to receive an account credit for the amount of your travel purchase. Please see information on Cover Your Previous Purchases.
- Travel redemptions cannot be exchanged or refunded for cash.
- Administrative and travel agency services are provided by Capital One preferred vendors.
- You may be charged a booking fee when you call to book travel reservations through our Rewards Center. This fee will not apply if you redeem your rewards for reservations yourself online by logging into your rewards account.
- Additional costs, such as paper ticket fees and overnight delivery, are at the Accountholder's expense.
- In order to redeem for travel reservations using Capital One Business Travel, full payment for the travel reservation must be made at the time of the travel booking. You can redeem your rewards for the entire reservation, or you can redeem your miles for part of the reservation and use a Capital One credit card to pay for the remaining amount.

### Gift Card and Digital Card Redemptions

- Gift card offerings may include both traditional (plastic) gift cards and electronic gift cards (Digital Cards).
- Traditional gift cards will be delivered within approximately 2 to 3 weeks after redemption.
- Digital Cards are typically delivered to the primary email address on the account immediately after redemption. In some cases, it may take up to two weeks.
- If you do not receive your redemption within the above-specified timeframes or if it is damaged/defective upon delivery, please call the number on the back of your Capital One card.
- The names and logos of merchants are used with permission of the merchants and all trademarks are the property of their respective owners.
- The merchants for which gift cards are offered are not affiliated with the Capital One Rewards Program.
- Capital One does not guarantee the availability of a specific gift card, and the choices available are subject to change at any time in our sole discretion. Access to Digital Cards may be suspended in the event of suspected fraud.
- Gift cards have no fees and do not expire.
- TERMS AND CONDITIONS ARE APPLIED TO GIFT CERTIFICATES/GIFT CARDS.

### Shop with Rewards Redemptions

- To use your eligible Capital One credit card to shop with rewards at participating retailer(s), your account must be in good standing to be linked with participating retailer(s). By using your card at participating retailer(s), you authorize and direct Capital One to share information about your Capital One credit card account with the participating retailer(s) and/or their affiliates.
- Capital One rewards may be redeemed to pay for all or a portion of eligible purchases. Rewards will be deducted from your rewards balance at the time the order is placed.
- Determination of item/merchandise eligibility to shop with rewards is at the sole discretion of the participating retailer(s).
- Returns and refunds are subject to the returns policy of the retailer(s).
- Any previously-disclosed terms associated with this rewards program also apply. Additional retailer(s) service terms may apply.

## Your Rewards Transfer Terms & Conditions

- Transfers of rewards are only permitted between eligible Capital One rewards accounts. Some Capital One rewards products are not eligible for transfer.
- Rewards transfer value is subject to change in the sole discretion of Capital One.
- All rewards transfers are final.

- In order to transfer rewards, both the transferring account and the receiving account must be in good standing at the time of transfer.

©2026 Capital One. Capital One is a federally registered service mark. Products and services offered by Capital One, N.A. Capital One supports information privacy protection: see our Web site at www.capitalone.com.