# EXHIBIT D

Learn & Grow

Sections

# How to redeem credit card rewards



August 20, 2025 | 5 min read

Credit card rewards are a great way to earn something back on everyday spending. And when it comes to redeeming your rewards, you might have several options to pick from—especially if you're a Capital One cardholder.

Learn more about how credit card rewards work and how to redeem Capital One credit card rewards.

**What you'll learn:**

- Capital One rewards cards let cardholders earn cash back or miles on every purchase.
- You can view and redeem your rewards by signing in to your Capital One account.
- Cardholders can redeem cash rewards through checks or account credits. Or they can use their rewards to cover recent purchases.[1]
- There are also options to put rewards toward purchases through Capital One Travel, Capital One Entertainment, Amazon.com, PayPal® and more.[2,3]

Explore rewards credit card offers

See if you're pre-approved for cash back and miles cards—with no harm to your credit scores.

Get started

## How to earn credit card rewards

Some rewards cards let you earn rewards for every credit card swipe, tap, dip or online purchase. With a Capital One rewards card, you can earn back a percentage of every dollar you spend in the form of cash back or miles. How much you earn depends on the type of card you have and how you use it.

### Earning rewards with Capital One cash back cards

Here's how Capital One cash back credit cards earn rewards:

- **The Capital One Savor, Savor for Good Credit, SavorOne and Savor Student cards:** Unlimited 3% cash back at grocery stores and on dining, entertainment and popular streaming services. Plus 8% on Capital One Entertainment purchases, 5% on hotels and rental cars booked through Capital One Travel and 1% cash back on all other purchases[4]
- **The Capital One Quicksilver, Quicksilver for Good Credit, Quicksilver Student and QuicksilverOne cards:** 1.5% cash back on every purchase, plus 5% cash back on purchases through Capital One Entertainment and on hotels and rental cars booked through Capital One Travel
- **The Capital One Quicksilver Secured card:** 1.5% cash back on every purchase, with a refundable $200 minimum deposit

#### Earning rewards with Capital One miles cards

Here's how Capital One travel rewards cards earn miles:

- **The Capital One Venture X card:** 10X miles on hotels and rental cars and 5X miles on flights and vacation rentals booked through Capital One Travel, 5X miles on Capital One Entertainment purchases, plus 2X miles on all other purchases
- **The Capital One Venture card:** 5X miles on hotels, vacation rentals and rental cars booked through Capital One Travel; 5X miles on Capital One Entertainment purchases; plus 2X miles on all other purchases
- **The Capital One VentureOne and VentureOne for Good Credit cards:** 5X miles on hotels and rental cars booked through Capital One Travel, 5X miles on Capital One Entertainment purchases, plus 1.25X miles on all other purchases

## How to redeem credit card rewards

The process for redeeming credit card rewards varies by issuer and card. But you can typically get started by signing in to your account online or on your issuer's mobile app.

#### How to redeem Capital One credit card rewards

Here's how to view your rewards redemption options, rewards activity and more:

1. Sign in to your account online or through the Capital One Mobile app.
2. Select your rewards card.
3. Select View Rewards.

## Ways to redeem Capital One credit card rewards

There are plenty of options for redeeming your Capital One rewards. And you can redeem your rewards differently each time. If you travel often, you might redeem miles for a future flight or travel purchase. If going out is more your speed, you could redeem rewards for a restaurant gift card. Here are some ways to redeem your Capital One rewards:

### 1. Redeem rewards for cash

You can redeem your rewards for cash in the form of a statement credit or a check. You may also be able to use your rewards to get reimbursed for a recent purchase.

### 2. Turn rewards into gift cards

Another option is to redeem your cash back rewards as a gift card. You can choose from a wide range of merchants, including restaurants, retailers, hotels and more.[1]

### 3. Pay for purchases at Amazon.com

As a Capital One rewards cardholder, you can also pay for your Amazon.com orders by applying your rewards at checkout.[2]

### 4. Use your rewards through PayPal

You can use your rewards balance as a payment method when checking out online by adding your rewards card to your PayPal wallet.[3] Then, when you choose PayPal at checkout, you'll have the option to apply your rewards toward your purchase.

### 5. Redeem rewards for entertainment experiences

Eligible cardholders can use rewards on tickets for sporting events, concerts and other unforgettable experiences through Capital One Entertainment.[5]

### 6. Pay for travel

You can book a flight, hotel, vacation rental or rental car through Capital One Travel using your rewards. You can pay for your reservation using your miles or your card, or a combination of the two.

Another option is using your rewards to cover a travel expense you paid for with your Capital One travel card within 90 days of purchase.

# Capital One credit card rewards redemption FAQ

Check out these frequently asked questions about redeeming Capital One rewards.

## Do Capital One rewards expire?

Capital One rewards won't expire for the life of the account as long as the account remains in good standing. If you close the account, you may lose unredeemed rewards.

## Is there a limit on earning Capital One rewards?

There's no limit to the amount of Capital One rewards you can earn.

## How much are Capital One rewards worth?

The value of your Capital One rewards depends on things like the card, how you're using it and the redemption method.

# Key takeaways: How to redeem Capital One rewards

Capital One rewards cards can help you earn and use rewards in ways that work for you. You can redeem rewards for cash, gift cards, experiences, travel purchases and more.

Whether your idea of a good time is getting out on the town, traveling the world or staying in, Capital One has a rewards card that may fit your lifestyle.

- See whether you're pre-approved for rewards cards, with no harm to your credit scores.
- Explore miles rewards credit cards with unlimited miles you can actually use.
- Earn unlimited 1.5% cash back on every purchase, every day, with a cash rewards credit card.
- Earn unlimited cash back, whether you're going out or staying in, with a dining and entertainment credit card.

Did you find this article helpful? *

Yes

No

This channel is for feedback only, we cannot provide a direct response. For your security, please do not enter any personal information such as account numbers, names, phone numbers or email addresses. If you require assistance related to your account, please contact us. By submitting this form, you agree to our Privacy Policy.

Submit

## RELATED CONTENT



MORE THAN MONEY

All about booking with Capital One Travel

Article |



MONEY MANAGEMENT

Venture vs. Venture X cards comparison

Article | November 12, 2025 | 6 min read



MONEY MANAGEMENT

What is the best rewards credit card for you?

Article | November 20, 2025 | 7 min read

> Learn & Grow > Money Management > Credit card rewards redemption

**Products**

Credit Cards

Checking & Savings

**Get to Know Us**

About

Corporate Information

**On the Go**

Locations & ATMs

Capital One Travel

Auto

Business

Commercial

Capital One Shopping

CreditWise

Newsroom

Technology

Investors

Careers & Jobs

Diversity & Inclusion

Canada

UK

Mobile App

Meet Eno

Digital Tools

## Legal

Privacy

Patriot Act Certification

Wolfsberg Questionnaire

Subpoena Policy

Additional Disclosures

## Support

COVID-19

Help Center

Learn & Grow

Resources for Military

Accessibility Assistance

Tweet @AskCapitalOne

Security

Contact Us

## Footnotes

Learn more about FDIC insurance coverage.

[1]Redemption rates vary and are subject to change.

[2]Amazon.com and the smile logo are trademarks of Amazon.com Inc., or its affiliates.

[3]PayPal.com and the PayPal logo are trademarks of PayPal Holdings, Inc., or its affiliates. PayPal terms and conditions apply.

[4]The 3% grocery store earn rate excludes superstores like Walmart® and Target®.

[5]To use the Capital One Entertainment ticketing platform, you must be a Capital One cardholder with an eligible rewards-earning credit card, in good standing; at least 18 years old; and either a primary account holder or an account manager for an eligible consumer credit card, or a primary account holder for an eligible small business credit card. Online account required; additional terms apply. For more information, please see Capital One Entertainment's Terms of Use.

Eligible Quicksilver, QuicksilverOne, Quicksilver Secured, Quicksilver Student, Journey, Capital One Cash, Spark Cash Select, Spark Classic, Spark Cash, Spark Pro, Spark Cash Plus and Spark Business cardholders will earn 5% cash back on Capital One Entertainment purchases. Eligible Venture X, Venture, VentureOne, Capital One Miles, Venture X Business, Spark Miles, Spark Miles Select and Spark Classic Miles cardholders will earn 5 miles per dollar spent on Capital One Entertainment purchases.

Qualifying purchases include tickets purchased on the Capital One Entertainment ticketing platform only, paid for with an eligible card. Tickets purchased through Capital One cardholder exclusive pre-sales; tickets purchased directly through the Capital One Hall or Capital One Arena ticketing services; and dining reservations or purchases through Capital One Dining are excluded. Your account must be open and in good standing to earn rewards and rewards earned will post to your account within 1-2 billing cycles. Rewards earned will be reclaimed if you cancel or return an eligible purchase, and the offer is valid for consumer, non-commercial use only. Rewards are subject to the terms and conditions disclosed when you opened your account and any subsequent amendments.

Web access is needed to use the mobile app. Check with your service provider for details of specific fees and charges. Routine or unscheduled maintenance may impact accessibility.

We hope you found this helpful. Our content is not intended to provide legal, investment or financial advice or to indicate that a particular Capital One product or service is available or right for you. For specific advice about your unique circumstances, consider talking with a qualified professional.

The EMVCo Contactless Symbol and Contactless Indicator, consisting of four graduating arcs, are trademarks owned by and used with permission of EMVCo, LLC.

Capital One does not provide, endorse or guarantee any third-party product, service, information, or recommendation listed above. The third parties listed are solely responsible for their products and services, and all trademarks listed are the property of their respective owners.

By clicking on some of the links provided, you may be taken to a third-party website that is not hosted by Capital One. In those cases, the owner of the website is responsible for the website content. Their privacy practices and level of security may be different from Capital One's, so please review their policies.

Privacy | AdChoices | Terms & Conditions ©2026 Capital One