**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

NTECH CONSULTING LLC, NIKHIL NAVKAL, JONATHAN VERA, and JOSH SIMON, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CAPITAL ONE, N.A.,

Defendant.

Civil Action No. 3:26-cv-00308

**CAPITAL ONE, N.A.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the United States District Court for the Eastern District of Virginia, the undersigned counsel for Defendant Capital One, N.A. certify that Capital One, N.A. is a wholly-owned subsidiary of Capital One Financial Corporation, which is a publicly traded corporation. Capital One Financial Corporation owns 10% or more of Capital One, N.A.'s stock. No other publicly traded corporation owns 10% or more of Capital One, N.A.'s stock. Capital One Financial Corporation has no parent corporation and no publicly held corporation owns 10% or more of its corporate stock.

Respectfully submitted, this 11th day of August, 2026.

/s/ *David L. Balser*
David L. Balser (*pro hac vice*)
John C. Toro (*pro hac vice*)
Mandi E. Youngblood (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
T: (404) 572-4600
F: (404) 572-5100

dbalser@kslaw.com
jtoro@kslaw.com
myoungblood@kslaw.com

Jamie Dycus (*pro hac vice*)
**KING & SPALDING LLP**
1290 Avenue of the Americas
14th Floor
New York, New York 10104
T: (212) 556-2100
F: (212) 556-2222
jdycus@kslaw.com

/s/ *Paul Weeks*
Paul Weeks (VSB No. 89656)
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006
T: (202) 737-0500
F: (202) 626-3737

*Counsel for Capital One N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ *Paul Weeks*
Paul Weeks